**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST MICHAEL SANCHEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, et al., <br><br> Defendants. | Case No. 2:25-cv-01985-JAD-NJK <br><br> **ORDER** <br><br> [Docket No. 23] |

Pending before the Court is Plaintiffs' motion to be permitted to file electronically. Docket No. 23. *Pro se* litigants may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b).

The motion, Docket No. 23, is **GRANTED** subject to the following:

- No later than March 18, 2026, each Plaintiff must file a certification that they are familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]

- Neither Plaintiff is authorized to file electronically until that Plaintiff files said certification within the timeframe specified above.

- Upon timely filing of the certification, each Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: March 11, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.

1