**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST MICHAEL SANCHEZ, et al., | Case No. 2:25-cv-01985-JAD-NJK |
|     Plaintiffs, | **Order** |
| v. | |
| GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, et al., | |
|     Defendants. | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). *See* Docket No. 17. A joint discovery plan must be filed by April 20, 2026.

IT IS SO ORDERED.

Dated: April 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1