**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST MICHAEL SANCHEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01985-JAD-NJK<br><br>**Order**<br><br>[Docket No. 44] |

Plaintiffs filed their initial disclosures on the docket. Docket No. 44. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document and **INSTRUCTS** the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1