**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST MICHAEL SANCHEZ AND EVA KRISTINE SANCHEZ,<br><br>                    Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC DBA MR. COOPER, ET AL.,<br><br>                    Defendants. | CASE NO.: 2:25-cv-01985-JAD-NJK<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**FIRST REQUEST** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant Covius Shared Services LLC ("Covius") files this stipulation to extend Covius' deadline to file its response to Plaintiffs Ernest Michael Sanchez and Eva Kristine Sanchez's ("Plaintiffs") Amended Complaint (ECF No. 9) through July 14, 2026. This 14-day extension is Covius' first request for an extension.

Plaintiffs filed this action on or about October 13, 2025. Covius was served on February 8, 2026. ECF No. 13-1. Covius filed a motion to dismiss on March 18, 2026. ECF No. 28. This Court denied Covius' motion to dismiss on June 16, 2026. ECF No. 49.  Therefore, the current deadline for Covius to respond to the Amended Complaint is June 30, 2026. Pursuant to LR IA 6-1 and 6-2, Plaintiffs and Covius (collectively, "Parties") together bring this Stipulation for Extension for Time to Respond to Complaint ("Stipulation"). In support of this Stipulation, the Parties state as follows:

1

1.      On June 26, 2026, counsel for Covius contacted Plaintiffs regarding an extension. Plaintiffs do not oppose Covius' request.

2.      Good cause exists because an extension will allow counsel for Covius to evaluate the merits of the claim and develop an expedient strategy to address the dispute. The extension does not alter any deadlines or events set by the Court, was not made for purposes of delay, and will not prejudice Plaintiff. This is the Parties' first stipulation for an extension.

3.      Plaintiffs and Covius hereby stipulate to a fourteen (14) day extension of Covius' deadline to respond to Plaintiff's Complaint. Covius shall have until July 14, 2026, to file its responsive pleading.

Covius respectfully requests that the Court enter an Order providing Covius with an extension of time up to and including July 14, 2026, to file its response to Plaintiffs' Complaint.

**IT IS SO STIPULATED**

Dated this 27th day of June 2026.

TROUTMAN PEPPER LOCKE LLP

By: */s/ Holly E. Cheong*                          By: */s/Ernest Michael Sanchez*
HOLLY E. CHEONG, ESQ.                      ERNEST MICHAEL SANCHEZ
Nevada Bar No. 11936                           7271 Fruitful Harvest Avenue
8985 S. Eastern Ave., Ste. 200               Las Vegas, NV 89131
Las Vegas, NV  89123                           By: */s/Eva Kristine Sanchez*
*Attorneys for Defendant Covius Shared*     EVA KRISTINE SANCHEZ
*Services LLC*                                       7271 Fruitful Harvest Avenue
                                                           Las Vegas, NV 89131
                                                           *Plaintiffs*

**IT IS SO ORDERED:**

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATED: June 29, 2026_____

2