**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERNEST MICHAEL SANCHEZ AND EVA KRISTINE SANCHEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC DBA MR. COOPER, ET AL.,<br><br>Defendants. | CASE NO.: 2:25-cv-01985-JAD-NJK<br><br>ORDER GRANTING<br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REOPEN OR EXTEND LIMITED DISCOVERY AND TO MODIFY THE SCHEDULING ORDER** |

Pursuant to LR IA 6-1(a), LR IA 6-2, and LR 7-1, the undersigned counsel of record for Defendant Nationstar Mortgage LLC[1] ("Nationstar") files this stipulation to extend Nationstar's deadline to file its response to Plaintiffs Ernest Michael Sanchez and Eva Kristine Sanchez's ("Plaintiffs") Motion to Reopen or Extend Limited Discovery and to Modify the Scheduling Order (ECF No. 79) ("Motion") through November 17, 2026. This stipulation is Nationstar's first request for an extension.

Plaintiffs filed the Motion on October 20, 2026. Therefore, the current deadline for Nationstar to respond to the Motion is November 3, 2026. Pursuant to LR IA 6-1 and 6-2, Plaintiffs and Nationstar (collectively, "Parties") together bring this Stipulation for Extension for Time to Respond to Motion to

[1] Rocket Mortgage, LLC is successor by merger to Nationstar Mortgage LLC effective February 2, 2026.

Reopen or Extend Limited Discovery and to Modify the Scheduling Order ("Stipulation"). In support of this Stipulation, the Parties state as follows:

1. On October 22, 2026, counsel for Nationstar contacted Plaintiffs regarding an extension. Plaintiffs do not oppose Nationstar's request.

2. Good cause exists because an extension will allow counsel for Nationstar to evaluate the merits of the Motion. In addition, this Court granted Defendants' motions to dismiss on October 21, 2026. Plaintiffs have until November 6, 2026 to file a limited amended complaint limited to only RESPA claims. (ECF No. 80.) As Plaintiffs' limited amended complaint, if filed, will inform Nationstar's response to the Motion, an extension is necessary to ensure the briefing is helpful to the Court. This Stipulation does not request an extension or modification of Plaintiffs' November 6, 2026 deadline to file the limited complaint pursuant to ECF No. 80.

3. The extension does not alter any deadlines or events set by the Court, was not made for purposes of delay, and will not prejudice Plaintiffs. This is the Parties' first stipulation for an extension to respond to this Motion.

4. Plaintiffs and Nationstar hereby stipulate to a fourteen (14) day extension of Nationstar's deadline to respond to Plaintiffs' Motion. Nationstar shall have until November 17, 2026, to file its response to the Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Nationstar respectfully requests that the Court enter an Order providing Nationstar with an extension of time up to and including November 17, 2026, to file its response to Plaintiffs' Motion.

**IT IS SO STIPULATED**

Dated this 28th day of October 2026.

TROUTMAN PEPPER LOCKE LLP

By: */s/ Holly E. Cheong*
HOLLY E. CHEONG, ESQ.
Nevada Bar No. 11936
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
*Attorneys for Defendant Nationstar Mortgage LLC*

By: */s/Ernest Michael Sanchez*
ERNEST MICHAEL SANCHEZ
7271 Fruitful Harvest Avenue
Las Vegas, NV 89131
By: */s/Eva Kristine Sanchez*
EVA KRISTINE SANCHEZ
7271 Fruitful Harvest Avenue
Las Vegas, NV 89131
*Plaintiffs*

**IT IS SO ORDERED:**

MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

DATED: October 28, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of October, 2026, I caused to be served a true and correct copy of the foregoing **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO REOPEN OR EXTEND LIMITED DISCOVERY AND TO MODIFY THE SCHEDULING ORDER, FIRST REQUEST**, in the following manner:

☒ **(ELECTRONIC SERVICE)** Pursuant to FRCP 5(b), the above referenced document was electronically filed on the date hereof with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system and served through the Court's Notice of electronic filing system automatically generated to those parties registered on the Court's Master E-Service List.

**Ernest Michael Sanchez**
**Eva Kristine Sanchez**
**7271 Fruitful Harvest Ave**
**Las Vegas, NV 89131**
**devildogz0311@gmail.com**

☒ **(UNITED STATES MAIL)** By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

**Eva Kristine Sanchez**
**7271 Fruitful Harvest Ave**
**Las Vegas, NV 89131**

☐ (**PERSONAL SERVICE**) By causing to be personally delivered a copy of the above-referenced document to the person(s) listed below: N/A

☐ **(EMAIL)** By emailing a true and correct copy of the above-referenced document to the person(s) listed below: N/A

I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

*/s/ Holly E. Cheong*
An employee of TROUTMAN PEPPER LOCKE LLP